IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ETHEL HANGER,                    )
                                 )
            Plaintiff,           )              4:05CV3117
                                 )
        v.                       )
                                 )
SOCIAL SECURITY                  )              ORDER
ADMINISTRATION,                  )
                                 )
            Defendant.           )
_____)

        IT IS ORDERED:

        Plaintiff's motion for leave to proceed in forma pauperis,

filing 3, is granted.


        DATED this 18th day of May, 2005.


                            BY THE COURT:


                            s/ David L. Piester
                            David L. Piester
                            United States Magistrate Judge