IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ETHEL HANGER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3117 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This is a social security appeal.  Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed.  Accordingly,

IT IS ORDERED that:

1.   This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer-assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

2.   Plaintiff shall file a brief by August 12, 2005;

3.   Defendant shall file a brief by September 13, 2005;

4.   Plaintiff may file a reply brief by September 27, 2005;

5.   This case shall be ripe for decision on October 3, 2005.

DATED July 11, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge